ARNOLD C. GREENBERG, TRUSTEE *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FARMINGTON

The motion by the defendant to have the judgment of the Court of Common Pleas in Hartford County set aside, and the appeal from the defendant's decision dismissed, is denied.

*Palmer S. McGee, Jr.,* for the appellant (defendant).

Argued March 4—decided March 5, 1969

GEORGE W. MILLER ET AL. *v.* MADLYN PORTER ET AL.

The motion by the defendants for this court to review the clerk's taxation of costs in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Allan R. Johnson,* in support of the motion.

Submitted February 20—decided March 5, 1969

STATE OF CONNECTICUT *v.* RICHARD P. BENTON

STATE OF CONNECTICUT *v.* PETER H. BRELSFORD

The motion by the defendants entitled "Motion to Review Ruling and Order on Elections of Defendants not to Commence Serving their Sentences" pending their appeals from the Superior Court in Litchfield County is denied.

*Henry C. Campbell,* public defender, in support of the motion.

Submitted February 27—decided March 7, 1969